UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-22201-CIV-COOKE/BROWN

SHIRE LABORATORIES, INC. and
SHIRE, LLC,

        *Plaintiffs*,

        v.

ANDRX PHARMACEUTICALS, LLC,
ANDRX CORPORATION, and
WATSON PHARMACEUTICALS, INC.,

        *Defendants*.
_____/

## ORDER OF DISMISSAL

This matter is before me on the parties' stipulated Judgment and Order of Permanent Injunction [D.E. 98], filed on November 16, 2007. Having reviewed the stipulation and being otherwise fully advised in the premises, I order as follows:

1. This case is dismissed under the terms and conditions set forth in the parties' stipulated Judgment and Order of Permanent Injunction.

2. All pending motions are denied as moot.

3. This case is closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of November 2007.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Stephen T. Brown*
*All counsel of record*